IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-30168 |
| | ) | |
| Plaintiff-Appellee/Cross-Appellant, | ) | |
| | ) | D.C. No. 2:19-cr-00159-RSL |
| v. | ) | U.S. District Court for Western |
| | ) | Washington, Seattle |
| PAIGE THOMPSON, | ) | |
| | ) | |
| Defendant-Cross-Appellant/Appellee. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | No. 22-30179 |
| | ) | |
| Plaintiff-Appellee/Cross-Appellant, | ) | |
| | ) | D.C. No. 2:19-cr-00159-RSL |
| v. | ) | U.S. District Court for Western |
| | ) | Washington, Seattle |
| PAIGE THOMPSON, | ) | |
| | ) | |
| Defendant-Cross-Appellant/Appellee. | ) | |
| | ) | |

**DEFENDANT-CROSS-APPELLANT/APPELLEE'S UNOPPOSED
MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Defendant-Cross-Appellant Paige Thompson, by her appointed attorneys, Chief Appellate Attorney Vicki Lai and Assistant Federal Public Defender Ann Wagner, moves this Court for a second order extending the time for Ms. Thompson to file her opening brief, this time from March 22, 2023, to May 22, 2023.

1

The Federal Public Defender for the Western District of Washington was appointed to represent Ms. Thompson on July 29, 2019. D. Ct. Dkt. 3. After an eight-day jury trial, Ms. Thompson was convicted on June 17, 2022, of wire fraud in violation of 18 U.S.C. § 1343 (Count 1); unlawfully obtaining information of a card issuer in violation of 18 U.S.C. § 1030(a)(2) (Count 2); unlawfully obtaining information from a protected computer in violation of 18 U.S.C. § 1030(a)(2) (Counts 4–7); and transmitting a program, information, code, or command to a computer intending to cause damage in violation of 18 U.S.C. § 1030(a)(5) (Count 8). She was acquitted of unlawful possession of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(3) (Count 9) and aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Count 10). D. Ct. Dkt. 385 (Judgment).

On October 4, 2022, the district court sentenced Ms. Thompson to a non-custodial sentence: time served on Count 1 with no supervised release; five years of probation on Counts 2, 4, 5, and 8; and one year of probation on Counts 6 and 7, with all counts running concurrently. The court further ordered, in part, that Ms. Thompson complete 50 hours of community service each year for the next five years. D. Ct. Dkt. 384. Ms. Thompson filed a notice of appeal, appealing the court's order denying her judgment of acquittal on June 15, 2022; her convictions; and the district court's October 5, 2022, order denying her motion for a new trial.

D. Ct. Dkt. 389. The government filed a cross-appeal from the orders and sentence imposed by the district court on October 4, 2022. D. Ct. Dkt. 392.

After one previous extension, Ms. Thompson's opening brief and excerpts of record are due March 22, 2023. Dkt. 8. Neither Ms. Lai nor Ms. Wagner were involved in the trial of this technically complex case. Despite counsels' best efforts, and given the voluminous record, the complicated technical and legal analysis involved, and counsels' pre-scheduled vacations during the holidays, a second extension to May 22, 2023 (60 additional days) is necessary for counsel to adequately represent Ms. Thompson in this appeal. Because Ms. Thompson was given a non-custodial sentence, she is not prejudiced by the extension request. Counsel has corresponded with Assistant United States Attorney Jessica Manca, who stated by email that she does not oppose Ms. Thompson's request for an extension.

This motion is brought under Rule 27 of the Federal Rules of Appellate Procedure, the attached declaration in support, and the records and files in this case.

Respectfully submitted this 7th day of March 2023.

             s/ *Vicki Lai*
             Chief Appellate Attorney
             s/ *Ann Wagner*
             Assistant Federal Public Defender
             Attorneys for Paige Thompson

## DECLARATION OF VICKI LAI

I, Vicki Lai, declare the following to be true to the best of my information and belief:

1. I am the Chief Appellate Attorney at the Federal Public Defender's Office for the Western District of Washington. Assistant Federal Public Defender Ann Wagner and I represent Defendant-Cross-Appellant Paige Thompson for this appeal. Neither Ms. Wagner nor I were involved with the trial in this case.

2. On June 17, 2022, Ms. Thompson was convicted, after an eight-day trial, of wire fraud and various counts of computer fraud and abuse under the Computer Fraud Abuse Act (CFAA) involving several entities, 18 U.S.C. § 1343 (Counts 1–2 and 4–8). The jury acquitted her of access device fraud and aggravated identity theft (Counts 9–10). An analysis of the appellate issues, including whether the jury should have been instructed under the CFAA that the government had to prove not only that she intentionally accessed the victim entities' computers, but that she also intentionally did so "without authorization," requires a firm understanding of the hyper-technical and complex computing facts underlying the crimes in addition to the case and statutory law.

3. Ms. Thompson's opening brief is due March 22, 2023. Because of the legal and factual complexity of this appeal and counsels' other case commitments, counsel seek a 60-day extension of time to file the opening brief to May 22, 2023.

The office is presently understaffed and, in addition to their own caseloads and training obligations, both counsel regularly assist trial attorneys with research and writing in complex cases.

4. On February 14, 2023, I contacted the government's counsel regarding the extension. AUSA Jessica Manca responded by email that they had no objection to the requested extension. Because Ms. Thompson was not given a custodial sentence, she will not be prejudiced by an extension.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 7th day of March 2023.

s/ *Vicki Lai*  
Chief Appellate Attorney  
Attorney for Paige Thompson