IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>PAIGE A. THOMPSON<br><br>Defendant-Appellant/<br>Cross-Appellee. | C.A. Nos. 22-30168, 22-30179<br><br>D.C. No. 2:19-cr-00159-RSL-1<br>Western District of Washington |

**UNITED STATES' RESPONSE TO MOTION TO VOLUNTARILY DISMISS CASE NO. 22-30168 AND REQUEST TO DESIGNATE THE UNITED STATES AS APPELLANT IN CASE NO. 22-30179**

The United States does not oppose Paige Thompson's motion to voluntarily dismiss her appeal (Case No. 22-30168) under Federal Rule of Appellate Procedure 42(b).

On November 3, 2022, the United States filed its notice of cross-appeal from the orders and sentence pronounced by the district court on October 4, 2022. CR-392. The United States' cross-appeal (Case No. 22-30179) is unaffected by Thompson's motion to dismiss, except that the

Response to Motion to Dismiss Appeal
*United States v. Thompson* - 1

United States asks that the Court reset the United States as the appellant in No. 22-30179 and designate the United States' brief (currently due on September 11, 2023) as the opening brief.

August 10, 2023

        Respectfully submitted,

        TESSA M. GORMAN
        Acting United States Attorney
        Western District of Washington

        *s/ Tania M. Culbertson*
        TANIA M. CULBERTSON
        Assistant United States Attorney
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101